# United States Bankruptcy Court
## Eastern District of New York

In re  145 Food Center Inc.                                         Case No.  15-45189

Debtor(s)                                                           Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   145 Food Center Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| November 18, 2015 | /s/ Clifford A. Katz, Esq. |
| Date | Clifford A. Katz, Esq. |
| | Signature of Attorney or Litigant |
| | Counsel for   145 Food Center Inc. |
| | Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP |
| | 475 Park Avenue South |
| | 18th Floor |
| | New York, NY 10016 |
| | 212-593-3000 Fax:212-593-0353 |
| | ckatz@platzerlaw.com |