Platzer, Swergold, Levine,
 Goldberg, Katz & Jaslow, LLP
*Proposed Attorneys for Debtor*
475 Park Avenue South, 18th Floor
New York, New York 10016
(212) 593-3000
Clifford A. Katz
Teresa Sadutto-Carley

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                                    Chapter 11

145 FOOD CENTER INC.,                                    Case No. 15-45189 (CEC)

                              Debtor.
-------------------------------------------------------x

### APPLICATION FOR AN ORDER GRANTING THE
### DEBTOR ADDITIONAL TIME WITHIN WHICH TO FILE
### ITS SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

**To:   The Honorable Carla E. Craig;**
**       Chief United States Bankruptcy Judge:**

145 Food Center Inc., debtor and debtor in possession (the "Debtor"), by its proposed attorneys, Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP, as and for its application ("Application") for the entry of an Order, pursuant to 11 U.S.C. §§ 105(a) and 521 and Rules 1007 and 9006(b) of the Federal Rules of Bankruptcy Procedure, Extending the Debtor's Time to File Schedules of Assets and Liabilities and the Statement of Financial Affairs (collectively, the "Schedules"), respectfully sets forth and represents as follows:

## BACKGROUND

1.      On November 16, 2015, the Debtor filed a petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Eastern District of New York (the "Court").

2.      The Debtor continues to manage its assets and business affairs. No trustee or examiner has been appointed in this case.

3.      As of the date hereof, an Official Committee of Unsecured Creditors has not been formed.

4.      The Debtor owns and operates a grocery store.

## JURISDICTION

5.      This Court has jurisdiction herein pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are §§ 105(a) and 521 of the Bankruptcy Code, and Rules 1007 and 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## RELIEF SOUGHT

6.      By this Application, the Debtor is seeking a thirty (30) day extension of time within which to file its Schedules in accordance with § 521 of the Bankruptcy Code and Bankruptcy Rules 1007 and 9006(b) to and including December 30, 2015 (the "Extension Date").

7.      The Debtor's Schedules are due on November 30, 2015 and for the reasons set forth below, an additional thirty (30) days to prepare and file the Schedules is required and requested.

8.     Pursuant to § 521 of the Bankruptcy Code and Bankruptcy Rule 1007(c) except as otherwise ordered, a debtor is required, within fourteen (14) days of the entry of the order for relief, to file schedules with the Court.

9.     Mr. Nicholas Pichardo, the Debtor's President, is responsible for all of the Debtor's financial activities.  Since the entry of the Order for Relief, Mr. Pichardo has been attending to the transition into Chapter 11 and also overseeing the Debtor's day-to-day business operations.  With the approaching Thanksgiving and Christmas holidays, the Debtor is going into its busy season.  Accordingly, the same has distracted the Debtor from being in a position to finalize the Debtor's schedules.  The Debtor is currently attempting to bring its books and records up to date in order to be able to complete all necessary information for the Schedules.  Therefore, the Debtor requests a brief extension of time within which to prepare its Schedules.  However, the Debtor will endeavor to file the Schedules in advance of the Extension Date.  The Debtor requests such an extension without prejudice to the Debtor's right to seek any further extension(s) from this Court for cause shown.

10.     The Debtor requests that an order, substantially in the form as the proposed order annexed hereto as Exhibit "A", be granted.

11.     The Debtor further requests the waiver of the necessity of filing an accompanying memorandum of law as no novel issues are presented herein.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an order granting it an extension of time to and including December 30, 2015 to file its Schedules.

Dated:  New York, New York
November 19, 2015

PLATZER, SWERGOLD, LEVINE,
GOLDBERG, KATZ & JASLOW, LLP
*Proposed Attorneys for the Debtor*

 /s/ Clifford A. Katz
Clifford A. Katz
475 Park Avenue South - 18th Floor
New York, New York  10016
Tel.: (212) 593-3000
ckatz@platzerlaw.com