B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re    145 Food Center Inc.                                                                    Case No.    15-45189
                                                Debtor(s)                                          Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| 88 Trading Corp.<br>58-29 48th Street<br>Maspeth, NY 11378 | 88 Trading Corp.<br>58-29 48th Street<br>Maspeth, NY 11378 | | | 1,200.00 |
| Brand Name Distributors<br>201 Dikemane Street<br>Brooklyn, NY 11231 | Brand Name Distributors<br>201 Dikemane Street<br>Brooklyn, NY 11231 | | | 4,500.00 |
| Condal Distributors<br>531 Dupont Street<br>Bronx, NY 10474 | Condal Distributors<br>531 Dupont Street<br>Bronx, NY 10474 | | | 1,500.00 |
| Finest Brand Foods<br>8721 76th Street<br>Woodhaven, NY 11421 | Finest Brand Foods<br>8721 76th Street<br>Woodhaven, NY 11421 | | | 2,700.00 |
| General Trading Co., Inc.<br>455 16th Street<br>Carlstadt, NJ 07072 | General Trading Co., Inc.<br>455 16th Street<br>Carlstadt, NJ 07072 | All Personal Property | Contingent Disputed | 110,000.00<br><br>(0.00 secured) |
| Goya Foods<br>350 Country Road<br>Jersey City, NJ 07307 | Goya Foods<br>350 Country Road<br>Jersey City, NJ 07307 | | | 3,500.00 |
| HED Distributors<br>841 Madison Street<br>Brooklyn, NY 11221 | HED Distributors<br>841 Madison Street<br>Brooklyn, NY 11221 | | | 800.00 |
| Iberia Foods<br>1900 Linden Blvd.<br>Brooklyn, NY 11207 | Iberia Foods<br>1900 Linden Blvd.<br>Brooklyn, NY 11207 | | | 2,600.00 |
| La Fe<br>230 Moonachie Avenue<br>Moonachie, NJ 07074 | La Fe<br>230 Moonachie Avenue<br>Moonachie, NJ 07074 | | | 4,600.00 |
| La Flor Spices<br>25 Hoffman Avenue<br>Hauppauge, NY 11788 | La Flor Spices<br>25 Hoffman Avenue<br>Hauppauge, NY 11788 | | | 700.00 |
| NAC Foods<br>235 Commercial Avenue<br>Palisades Park, NJ 07650 | NAC Foods<br>235 Commercial Avenue<br>Palisades Park, NJ 07650 | | | 400.00 |
| Noah Bank<br>7301 Old York Road<br>Elkins Park, PA 19027 | Noah Bank<br>7301 Old York Road<br>Elkins Park, PA 19027 | | Contingent Disputed | 150,000.00<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re  145 Food Center Inc.  
            Debtor(s)

Case No.  15-45189

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Westside Foods<br>355 Food Center Drive<br>Bronx, NY 10474 | Westside Foods<br>355 Food Center Drive<br>Bronx, NY 10474 | | | 19,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  November 19, 2015

Signature  /s/ Nicholas A. Pichardo  
           Nicholas A. Pichardo  
           President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.